RECEIVED
IN MONROE, LA

OCT 1 0 2006

ROBERT H. SHEMMELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-30028-01 |
| VERSUS | * | JUDGE JAMES |
| RONALD RAY CARDWELL | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Ronald Ray Cardwell, and adjudges him guilty of the offense charged in Count One of the Bill of Information against him.

THUS DONE AND SIGNED this 10 day of October, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION